**Paul E. RAY, Plaintiff–Appellant,**

v.

**M. SEPULVEDA, M.D.; Pompan, M.D., Defendants–Appellees.**

No. 13–16487.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 25, 2014.*

Filed July 3, 2014.

Paul E. Ray, Calipatria, CA, pro se.

Janine K. Jeffery, Esquire, Oren Rosenthal, Reily & Jeffery, Northridge, CA, for Defendant–Appellee.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Paul E. Ray, a former California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Ray failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in treating his biceps injury. *See id.* at 1060 ("Deliberate indifference is a high legal standard. A showing of medical malpractice or negligence is insufficient to establish a constitutional deprivation under the Eighth Amendment."); *Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996) ("[W]here a defendant has based his actions on a medical judgment that either of

two alternative courses of treatment would be medically acceptable under the circumstances, plaintiff has failed to show deliberate indifference, as a matter of law."); *see also Starr v. Baca*, 652 F.3d 1202, 1207 (9th Cir.2011) (requirements for establishing supervisory liability).

We do not consider matters raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir. 2009) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

